UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-cr-00200-MC |
| v. | INFORMATION 18 |
| RUSSELL ANTHONY SCHORT, | U.S.C. § 1344 |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Bank Fraud)**
**(18 U.S.C. § 1344)**

1.      From in or about April 2020 through in or about May 2020, in the District of Oregon, defendant **RUSSELL ANTHONY SCHORT** knowingly and willfully executed a scheme and artifice to defraud the a financial institution and to obtain money, funds, assets and other property owned by, and under the custody and control of the financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

Information                                                                                                         Page 1
                                                                                                          Revised April 2018

## SCHEME AND ARTIFICE TO DEFRAUD

2. As part of the scheme and artifice to defraud, defendant committed or participated in the following acts:

3. Defendant and his co-schemer applied for a Paycheck Protection Program (PPP) loan through U.S. Bank, a financial institution within the meaning of Title 18, United States Code, Section 20(1), as its deposits were insured by the Federal Deposit Insurance Corporation.

4. Defendant and his co-schemer applied for the PPP loan in the name of Schort Lee Construction, a company defendant established in the State of Oregon on January 22, 2020. Included with the loan application package a false IRS form 944 listing 2019 wages in the amount of $3,084,046. The application included a list of fifty-six employees and the amount paid to each employee. The total amount of wages, the employee names, and the amount of wages paid to each employee were all false.

5. Based on the materially false representations, U.S. Bank processed the PPP loan application, resulting in the disbursal of a PPP loan in the amount of $601,552.

6. On May 11, 2020, three days after receiving the PPP loan proceeds, defendant transferred via wire $307,000 to his co-schemer.

All in violation of Title 18, United States Code, Section 1344.

///

///

///

///

///

///

**Information**                                                                     **Page 2**

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Information, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, and derived from, proceeds defendants obtained directly and indirectly, as the result of such violation.

Dated: June 8, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gavin W. Bruce*
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney